UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OKEMAYA MAURICE LESTER

       Plaintiff,                            Case No. 08-13454
                                             HON. BERNARD A. FRIEDMAN

vs.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## MEMORANDUM OPINION AND ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

       This matter is before the Court on Magistrate Judge Donald A. Scheer's Report and Recommendation dated February 23, 2009.  No objections were filed thereto.

       This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

       Accordingly,

       IT IS ORDERED that Magistrate Judge Donald A. Scheer's Report and Recommendation dated February 23, 2009, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

Dated: March 25, 2009            s/Bernard A. Friedman_____
      Detroit, Michigan            BERNARD A. FRIEDMAN
                                   UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 25, 2009, by electronic and/or ordinary mail.

                      S/Carol Mullins_____
                      Case Manager